# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Kay F., | Case No. 20-cv-111-KMM |
| Plaintiff, | |
| v. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| Andrew Saul,<br>*Commissioner of Social Security,* | |
| Defendant. | |

Having considered Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2), and in accordance with 28 U.S.C. § 1915, **IT IS HEREBY ORDERED** that the Application is:

☒ **GRANTED**

☐ The Clerk is directed to file the Complaint.

☒ **IT IS FURTHER ORDERED** that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons, and this Order on the Defendant in a manner consistent with Rule 4. All costs of Service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

Dated: January 10, 2020

*s/ Katherine Menendez*
Katherine Menendez
United States Magistrate Judge