UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-111(DSD/KMM)

Mary F.,

        Plaintiff,

v.                                             **ORDER**

Andrew Saul,
Commissioner of Social Security,

        Defendant.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Katherine Menendez dated January 4, 2021. Neither party has filed objections to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The R&R [ECF No. 16] is adopted in its entirety;

    2.    Plaintiff's motion for summary judgment [ECF No. 12] is granted;

    3.    Defendant's motion for summary judgment [ECF No. 14] is denied; and

    4.    The case is remanded to the Social Security Administration for further proceedings pursuant to sentence 4 of 42 U.S.C. § 405(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 21, 2021                s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court