```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    CIVIL NO.: 20-111 (DSD/KMM)
```

Mary F.,

        Plaintiff,

v.                                                      **ORDER**

Andrew Saul, Commissioner of
Social Security,

        Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated April 26, 2021 (R&R). No objections have been filed to the R&R in the time period permitted. Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. The R&R [ECF No. 30] is adopted in its entirety;

2. The motion for attorney's fees [ECF No. 21] is granted; and

3. The Commissioner shall pay plaintiff $4,481.75 in attorney's fees under the Equal Access to Justice Act.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 3, 2021                    /s David S. Doty
                                            David S. Doty, Judge
                                            United States District Court