UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-111(DSD/KMM)

Mary F.,

        Plaintiff,

v.                       **ORDER**

Andrew Saul,
Commissioner of Social Security,

        Defendant.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Katherine Menendez dated December 21, 2021. Neither party has filed objections to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 40] is adopted in its entirety;

2. Plaintiff's motion for attorney's fees [ECF No. 33] is granted;

3. Counsel for plaintiff is awarded $22,082.37 in attorney's fees; and

4. Counsel for plaintiff is ordered to refund plaintiff $4,481.75, which represents the fees previously awarded under the EAJA.

Dated: January 10, 2022              s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court